UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JAMES B. PATIN | CIVIL ACTION NO. 19-0099 |
| VERSUS | JUDGE SUMMERHAYS |
| VOYA INS. & ANNUITY CO., ET AL. | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Remand (Rec. Doc. 44) is GRANTED, and this matter is remanded to the 15th Judicial District Court for the Parish of Lafayette.

THUS DONE AND SIGNED at ~~Shreveport~~ Lafayette, Louisiana, this the 17th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE